**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:

| | | |
|---|---|---|
| **KIMBERLY MICHELLE VAUGHN** | ) | **CASE NO: 3:16-bk-05471** |
| | ) | **CHAPTER 13** |
| **DEBTOR.** | ) | **JUDGE: RANDAL S. MASHBURN** |

**NOTICE TO CHANGE DEBTOR ADDRESS**

Comes now the Debtor, Kimberly Michelle Vaughn, by and through counsel, and hereby amends to change the Debtor's address as follows:

    Kimberly Michelle Vaughn
    1270 Goodmorning Dr.
    Nashville, TN 37207.

Date: July 26, 2018

        Respectfully submitted,

        */s/Jon Daniel Long*
        Jon Daniel Long Reg. #31211
        Long, Burnett & Johnson, PLLC
        302 42nd Ave. No.
        Nashville, Tennessee 37209
        T: (615) 386-0075
        F: (615) 864-8419
        ecfmail@tennessee-bankruptcy.com

        Attorney for Debtor